IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SUSI B. WONG, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JUSTIN DUNN and )<br>MID WEST TRANSPORT, a California )<br>Corporation, )<br>)<br>    Defendants. ) | Cause No.   2:19-cv-499-TLS-JEM |

**PLAINTIFF'S SUPPLEMENTAL JURISDICTIONAL STATEMENT**
**CLARIFYING CITIZENSHIP AND AMOUNT IN CONTROVERSY**

  NOW COMES the Plaintiff, SUSI B. WONG, by and through her attorneys, MORICI, FIGLIOLI & ASSOCIATES, and for her Supplemental Jurisdictional Statement Clarifying Citizenship and Amount in Controversy states as follows:

  1. Plaintiff Susi B. Wong is domiciled in the State of Illinois.

  2. Defendant Justin Dunn is domiciled in the State of Nevada.

  3. As a result of the occurrence alleged, Plaintiff Susi B. Wong suffered injuries including to her shoulder which required surgery.  As such, Plaintiff has incurred medical bills in excess of $45,000.00, pain and suffering and disabilities which continue.

                Respectfully submitted,

                 /s/ Mitchell B. Friedman
                 Attorney for Plaintiff

MORICI, FIGLIOLI & ASSOCIATES
150 N. Michigan Ave., Suite 1100
Chicago, IL 60601
(312) 372- 9600
Attorney ID: 6269773
friedman@mfa-law.com